1  JOHN L. BURRIS, SBN 69888
2  ADANTÉ D. POINTER, SBN 236229
   7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
   (510) 839-5200; FAX (510) 839-3882
4  John.Burris@johnburrislaw.com
   Adante.Pointer@johnburrislaw.com
5
6  Attorneys for Plaintiff
   JOHN DOE
7
8
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                                                    *E-FILED - 1/18/07*
13  JOHN DOE,                          No. C 06 06307 -RMW
14           Plaintiff,
                                        STIPULATION AND [~~PROPOSED~~]
15  vs.                                 ORDER TO FILE AMENDED
                                        COMPLAINT AND RESET DATE
16  CITY OF SAN JOSE, ROBERT DAVIS in his  FOR FILING OF RESPONSIVE
    official capacity as Chief of Police for the CITY  PLEADING
17  OF SAN JOSE, S. DONOHUE, TONY
    RUELAS and fnu GUERRA individually and in
18  their official capacities as police officers for the
    CITY OF SAN JOSE, COUNTY OF SANTA
19  CLARA, EDWARD FLORES in his official
    capacity as Chief of the DEPARTMENT OF
20  CORRECTION for the COUNTY OF SANTA
    CLARA, LAURIE SMITH in her official
21  capacity as Sheriff for the COUNTY OF SANTA
22  CLARA and DOES 1-100;
23
24  //
25  //
26
27  //
28

STIPULATION & [~~PROPOSED~~] ORDER        1              CASE NO. C06-0637 RMW

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiff John Doe and all defendants by and through their designated counsel, that plaintiff will file a second amended complaint by January 19, 2007; defendants will file their respective responsive pleadings within 30 days of being served with the second amended complaint.

The good cause for filing the second amended complaint and resetting the date by which defendants' respective responsive pleadings are due is that plaintiff and defense counsel have met, conferred and agree that plaintiff will amend his complaint to address the matters raised by defense counsel related to plaintiff's amended complaint.

All parties stipulate and respectfully request the aforementioned dates be reset by this court.

Date:_____

LAW OFFICES OF JOHN L. BURRIS

_____/s/ Adanté Pointer_____
ADANTÉ D. POINTER
Attorneys for Plaintiff
JOHN DOE

Date:_____

CITY OF SAN JOSE

_____/s/ Clifford Greenberg_____
CLIFFORD GREENBERG
Attorneys for Defendants
City of San Jose, Robert Davis, S. Donohue, Tony Ruelas and fnu GUERRA

IT IS SO ORDERED.

Dated: 1/18/07

*Ronald M. Whyte*
U.S. District Judge

STIPULATION & [PROPOSED] ORDER    2    CASE NO. C06-0637 RMW