```
 1  JOHN L. BURRIS, SBN 69888
    ADANTE D. POINTER, SBN 236229
 2  7677 Oakport Street, Suite 1120
    Oakland, CA 94621
 3  (510) 839-5200; FAX (510) 839-3882
    John.Burris@johnburrislaw.com
 4  Adante.Pointer@johnburrislaw.com
 5
    Attorneys for Plaintiff
 6  JOHN DOE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/25/07*

| | |
|---|---|
| JOHN DOE,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE, ROBERT DAVIS in his official capacity as Chief of Police for the CITY OF SAN JOSE, S. DONOHUE, TONY RUELAS and GUERRA individually and in their official capacities as police officers for the CITY OF SAN JOSE, COUNTY OF SANTA CLARA, EDWARD FLORES in his official capacity as Chief of the DEPARTMENT OF CORRECTION for the COUNTY OF SANTA CLARA, LAURIE SMITH in her official capacity as Sheriff for the COUNTY OF SANTA CLARA and DOES 1-100; | No. C 06 06307 RMW<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

//

//

//

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiff John Doe and all defendants by and through their designated counsel, that the initial case management conference currently scheduled for Friday January 26, 2006 be continued for 30 days.

The good cause for continuing the initial case management conference is that plaintiff has recently filing his second amended complaint and the defendants have not yet filed their respective responsive pleadings. Hence, the parties met, conferred and agree that the initial case management conference should be rescheduled to a new date to allow for the defendants to file their responsive pleadings with the court.

All parties stipulate and respectfully request the aforementioned dates be reset by this court.

Date: 1/22/2007

LAW OFFICES OF JOHN L. BURRIS

/s/ Adanté Pointer
ADANTÉ D. POINTER
Attorneys for Plaintiff
JOHN DOE

Date: 1/22/2007

CITY OF SAN JOSE

/s/ Clifford Greenberg
CLIFFORD S. GREENBERG
Attorneys for Defendants
CITY OF SAN JOSE, DAVIS, DONOHUE, RUELAS & GUERRA

1  Date: 1/22/2007                           COUNTY OF SANTA CLARA

2

3                                                  /s/ Marcy Berkman
                                             MARCY L. BERKMAN
4                                            Attorneys for Defendants
                                             COUNTY OF SANTA CLARA, EDWARD
5                                            FLORES & LAURIE SMITH

6

7  IT IS SO ORDERED.   *The CMC is continued to February 23, 2007 @ 10:30 a.m.*

8
   Date: 1/25/07                             *Ronald M. Whyte*
9                                            HONORABLE RONALD M. WHYTE