1 ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2 OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
3 San Jose, California  95110-1770
Telephone:  (408) 299-5900
4 Facsimile:  (408) 292-7240

5 Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
6 FLORES AND LAURIE SMITH

7

8                                 UNITED STATES DISTRICT COURT

9                               NORTHERN DISTRICT OF CALIFORNIA

10                                                                    *E-FILED - 2/22/07*

11 JOHN DOE                                      )    C06 06307 RMW
                                                )
12          Plaintiff,                           )    **STIPULATION AND ORDER TO**
                                                )    **CONTINUE CASE MANAGEMENT**
13 v.                                           )    **CONFERENCE**
                                                )
14 CITY OF SAN JOSE, ROBERT DAVIS  )
   in his official capacity as Chief of Police  )
15 for the CITY OF SAN JOSE, S.            )
   DONOHUE, TONY RUELAS and fnu     )
16 GUERRA individually and in their         )
   official capacities as pokice officers for   )
17 the CITY OF SAN JOSE, COUNTY OF  )
   SANTA CLARA, EDWARD FLORES,     )
18 in his official capacity as Chief of the   )
   DEPARTMENT OF CORRECTION for   )
19 the COUNTY OF SANTA CLARA,         )
   LAURIE SMITH in her official capacity  )
20 as Sheriff for the COUNTY OF SANTA  )
   CLARA and DOES 1-100                     )
21                                                )
           Defendants.                          )
22 _____)

23          WHEREAS, Plaintiff recently filed an amended complaint;

24          WHEREAS,  Plaintiff has granted County Defendants an extension of time through

25 March 18, 2007 to respond to that amended complaint;

26 //

27 //

28 //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Continue
Case Management Conference              -1-                    C06 06307 RMW

1         NOW THEREFORE, the parties agree to continue the Case Management Conference to

2    Friday March 23, 2007.

3    Dated: February 21, 2007            ANN MILLER RAVEL
                                                    County Counsel
4

5
             By:           /S/
6                       MARCY L. BERKMAN
                                                    Deputy County Counsel
7
                   Attorneys for Defendants
8                       COUNTY OF SANTA CLARA,
                                                    EDWARD FLORES AND LAURIE
9                       SMITH

10   Dated: February 21, 2007

11                      THE LAW OFFICES OF
                                                    JOHN L. BURRIS
12

13                By:           /S/
                                                    ADANTE POINTER
14
                   Attorneys for Plaintiff
15                      JOHN DOE

16   Dated: February 21, 2007

17                      CITY OF SAN JOSE

18

19                By:           /S/
                                                    CLIFFORD GREENBERG
20
                   Attorneys for Defendants
21                      CITY OF SAN JOSE, ROBERT DAVIS.
                                                    SO. DONOHUE, TONY RUELAS and
22                      FNU GUERRA

23        IT IS SO ORDERED.

24

25   Dated:    2/22    , 2007            *Ronald M. Whyte*
                                                    HONORABLE RONALD M. WHYTE
26

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order to Continue
Case Management Conference         -2-            C06 06307 RMW