**ADANTE' D. POINTER, Esq. SBN 236229**
**JOHN L. BURRIS, Esq. SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorney for Plaintiff
**JOHN DOE**

*E-FILED - 1/14/08*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, ROBERT DAVIS in his official capacity as Chief of Police for the CITY OF SAN JOSE, S. DONOHUE, TONY RUELAS and fnu GUERRA individually and in their official capacities as police officers for the CITY OF SAN JOSE, COUNTY OF SANTA CLARA, EDWARD FLORES in his official capacity as Chief of the DEPARTMENT OF CORRECTION for the COUNTY OF SANTA CLARA, LAURIE SMITH in her official capacity as Sheriff for the COUNTY OF SANTA CLARA and DOES 1-100;<br>    Defendants. | Case No. C06 06307 RMW<br><br>**NOTICE OF PARTIAL SETTLEMENT &<br>[] ORDER TO DISMISS ACTION OF COUNTY OF SANTA CLARA AGAINST DEFENDANTS**<br><br>**Honorable Ronald M. Whyte** |

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties in the above-entitled action have reached a partial settlement resolving

---

all the causes of action against: County of Santa Clara; Sheriff Laurie Smith; Chief Edward Flores, and any and all other employees for the County of Santa Clara. The Plaintiff's Attorneys and the County Counsel for the County of Santa Clara are in the process of preparing a Settlement Agreement and Release reciting the terms of the settlement agreement. The County of Santa Clara will tender the agreed upon settlement funds upon the execution of the Settlement Agreement and Release.

Plaintiff respectfully requests that future court dates in this action with regard to the County of Santa Clara Defendants be vacated from the Court's calendar, and that this Court dismiss the action against the County with prejudice.

Respectfully Submitted,

Dated:  01/02/08                   /s/    ADANTE D. POINTER
ADANTÉ D. POINTER
LAW OFFICES OF JOHN L. BURRIS
Attorney for Plaintiff
JOHN DOE

**IT IS SO ORDERED.**

Dated: 1/14/08

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Court Judge