| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| 2 | MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)<br>OFFICE OF THE COUNTY COUNSEL |
| 3 | 70 West Hedding, East Wing, 9th Floor<br>San Jose, California  95110-1770 |
| 4 | Telephone:  (408) 299-5900<br>Facsimile:  (408) 292-7240 |

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES AND LAURIE SMITH

*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE | C06 06307 RMW |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE COMPLAINT OF PLAINTIFF IN FAVOR OF DEFENDANTS EDWARD FLORES, LAURIE SMITH, AND COUNTY-AFFILIATED INDIVIDUALS NAMED AS DOE DEFENDANTS** |
| v. | |
| CITY OF SAN JOSE, ROBERT DAVIS in his official capacity as Chief of Police for the CITY OF SAN JOSE, S. DONOHUE, TONY RUELAS and DANIEL GUERRA individually and in their official capacities as police officers for the CITY OF SAN JOSE, COUNTY OF SANTA CLARA, EDWARD FLORES, in his official capacity as Chief of the DEPARTMENT OF CORRECTION for the COUNTY OF SANTA CLARA, LAURIE SMITH in her official capacity as Sheriff for the COUNTY OF SANTA CLARA and DOES 1-100 | |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Complaint filed by Plaintiff John Doe ("Larry Lundy") as against Defendants Edward Flores, Laurie Smith, and the individual Doe Defendants currently or previously affiliated with the County.  The parties further stipulate and agree to an

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing the Complaint of
Plaintiff as to Individual County Defendants        -1-        C06 06307 RMW

order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

Dated: January 25, 2008

ANN MILLER RAVEL
County Counsel

By: _____
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
EDWARD FLORES AND LAURIE SMITH

Dated: January ____, 2008

LAW OFFICE OF JOHN L. BURRIS

By: _____
ADANTE POINTER

Attorneys for Plaintiff
JOHN DOE

IT IS SO ORDERED

DATED: 2/6/08

_____
HONORABLE RONALD M. WHYTE

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing the Complaint of
Plaintiff as to Individual County Defendants       -2-       C06 06307 RMW