JOHN L. BURRIS, SBN 69888
ADANTÉ D. POINTER, SBN 236229
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff
JOHN DOE

*E-FILED - 2/14/08*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, et al.<br>　　　Defendants. | Case No.: C 06 06307 RMW<br><br>STIPULATION AND [xxxxxxxxxxxxxx]<br>ORDER CONTINUING TRIAL<br>DATE AND PRE-TRIAL DATES |

　　ALL PARTIES to this action hereby stipulate and agree, by and through their respective counsel, as follows:

　　1. The current pre-trial order in this action, a copy of which is attached as Exhibit A, provides for the filing of a joint pre-trial statement on February 15, 2008, a pre-trial conference to be held on February 28, 2008, and a trial date of March 10, 2008.

　　2. The parties have recently begun settlement discussions and desire to continue their settlement efforts with the assistance of U.S. Magistrate Judge Howard R. Lloyd.

Stipulation and xxxxxxxx Order Continuing Pre-Trial and Trial Dates　　　CASE NO. : C 06 06307 RMW

1

| | |
|---|---|
| | [XXXXXXXXXXXXX] ORDER |

The court hereby vacates the Case Management Order in this action setting the date by which the joint pre-trial statement filing date as February 15, 2008, the pre-trial conference as February 28, 2008, and the trial date as March 10, 2008. The court further orders the parties to participate in a settlement conference before Magistrate Judge Lloyd on March 17, 2008. If this matter is resolved at or before the settlement conference, a notice of dismissal shall be immediately filed with the court. However, if this matter is not resolved at or before the settlement conference the parties shall appear for a Case Management Conference on March 28, 2008 @ 10:30 a.m. (rmw) xxxxxxxxxxxxxxxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Dated: 2/14/08

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3. To that end, the parties have scheduled a settlement conference with U.S. Magistrate Judge Lloyd. The settlement conference is currently scheduled to take place on March 17, 2008.

4. In light of the foregoing, the parties respectfully request, by and through their respective counsel, the dates by which the joint pre-trial statement must be filed, the pre-trial conference and trial date in this matter be continued to a later date to allow the parties an opportunity to participate in the settlement conference with Magistrate Judge Lloyd on March 17, 2008.

Law Offices of John L. Burris

Dated: 2/12/08

/s/
ADANTÉ D. POINTER
Attorneys for Plaintiff JOHN DOE

CITY OF SAN JOSE

Dated: 2/12/08

/s/
MICHAEL DODSON
Attorneys for Defendants CITY OF SAN JOSE, ROBERT DAVIS, S. DONOHUE, TONY RUELAS and GUERRA