ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES AND LAURIE SMITH

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, ROBERT DAVIS in his official capacity as Chief of Police for the CITY OF SAN JOSE, S. DONOHUE, TONY RUELAS and DANIEL GUERRA individually and in their official capacities as police officers for the CITY OF SAN JOSE, COUNTY OF SANTA CLARA, EDWARD FLORES, in his official capacity as Chief of the DEPARTMENT OF CORRECTION for the COUNTY OF SANTA CLARA, LAURIE SMITH in her official capacity as Sheriff for the COUNTY OF SANTA CLARA and DOES 1-100<br><br>Defendants. | C06 06307 RMW<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE COMPLAINT OF PLAINTIFF IN FAVOR OF DEFENDANT COUNTY OF SANTA CLARA** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Complaint filed by Plaintiff John Doe ("Larry Lundy") as against Defendant County of Santa Clara in connection with the above-referenced matter. This stipulated dismissal is in consideration of the settlement entered into on December 31,

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing the Complaint of
Plaintiff as to County of Santa Clara -1- C06 06307 RMW

2007. The parties further stipulate and agree to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

Dated: January 25, 2008

ANN MILLER RAVEL
County Counsel

By: /s/ Marcy L. Berkman
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
EDWARD FLORES AND LAURIE SMITH

Dated: January ___, 2008

LAW OFFICE OF JOHN L. BURRIS

By: /s/ Adante Pointer
ADANTE POINTER

Attorneys for Plaintiff
JOHN DOE

IT IS SO ORDERED

DATED: 3/13/08

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing the Complaint of
Plaintiff as to County of Santa Clara    -2-    C06 06307 RMW