E-FILED on   5/27/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN DOE,

    Plaintiff,

   v.

CITY OF SAN JOSE, *et al*.

    Defendants.

No. C-06-06307 RMW

ORDER GRANTING MOTION TO WITHDRAW

**[Re Docket No. 50]**

The court held a hearing on April 11, 2008 on the motion of John L. Burriss and Adante Pointer to withdraw as counsel for plaintiff John Doe. At the hearing, the court heard from Mr. Pointer and Mr. Doe and found that they have irreconcilable differences such that Mr. Doe would be best served by securing different counsel. *See* Calif. Rule of Prof. Conduct 3-700(C)(3). Accordingly, the court grants the motion to withdraw.

At the hearing, the court granted Mr. Doe sixty days to locate new counsel and set a status conference hearing for June 6, 2008 at 10:30 a.m. The status conference remains on calendar and set for June 6.

The court lacks an address for Mr. Doe. Mr. Pointer is therefore ordered to serve a copy of this order on Mr. Doe.

DATED:   5/27/2008

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW
No. C-06-06307 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Adante Pointer              adante.pointer@johnburrislaw.com
John L. Burriss             john.burris@johnburrislaw.com

**Counsel for Defendants:**

Clifford S. Greenberg       cao.main@sanjoseca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   5/27/2008                                    TSF
                                              **Chambers of Judge Whyte**