IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendant. | ***E-FILED - 6/16/08***<br><br>CASE NO.: C-06-06307-RMW<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

This matter came on regularly for a Case Management Conference on June 6, 2008. Defendant appeared through his counsel, Michael Dodson. Plaintiff failed to appear. Therefore,

IT IS HEREBY ORDERED that plaintiff appear on July 18, 2008 at 9:00 a.m. in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the Case Management Conference and thus for failure to diligently prosecute the case.

IF PLAINTIFF FAILS TO COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD REASON FOR HIS FAILURE TO APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: June 16, 2008

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1
2   Copy of Order E-Filed to Counsel of Record:
3   *No address for pro se plaintiff is on file with the court - copy of order will be mailed to plaintiff's former counsel for delivery.*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER TO SHOW CAUSE
NO. C-06-06307 RMW