**E-FILED on**      7/25/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF SAN JOSE, *et al*.<br><br>            Defendants. | No. C-06-06307 RMW<br><br>SCHEDULING ORDER<br><br>**[Re Docket No. 56]** |

The court held a hearing on July 18, 2008 regarding the court's order to show cause after Mr. Doe's failure to appear for a case management conference following the withdrawal of his attorneys. *See* Docket Nos. 50, 56. At the hearing, Mr. Doe expressed his desire to move to set aside his settlement with the county defendants and to continue his case against the city defendants.

Mr. Doe must file any motion seeking to set aside his settlement and stipulated dismissal with the county defendants by July 31, 2008. If Mr. Doe files such a motion, a hearing will be held at 9:00 a.m. on September 26, 2008. Whether Mr. Doe files a motion or not, the court will hold a case management conference at 10:30 a.m. on September 26, 2008.

DATED:   7/25/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

SCHEDULING ORDER
No. C-06-06307 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Clifford S. Greenberg          cao.main@sanjoseca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff:**

Larry Lundy
1071 Culloden Court
San Jose, CA 95121

and

Larry Lundy
Mother Olson's Inn
202 S. 11th Street
San Jose, CA 95112

**Dated:**   7/25/2008                                   TSF
                                              **Chambers of Judge Whyte**