**E-FILED on** 11/17/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, *et al.*<br><br>            Defendants. | No. C-06-06307 RMW<br><br>ORDER VACATING HEARING |

The City's motion for summary judgment presently set for hearing on November 21, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 21, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED: 11/17/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING
No. C-06-06307 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Clifford S. Greenberg        cao.main@sanjoseca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff:**

Larry Lundy
1071 Culloden Court
San Jose, CA 95121

and

Larry Lundy
Mother Olson's Inn
202 S. 11th Street
San Jose, CA 95112

**Dated:**   11/17/2008                                        TSF
                                                        **Chambers of Judge Whyte**