LARRY LUNDY ("JOHN DOE")
1071 Culloden Court
San Jose, CA 95121
Mother Olson's Inn
202 S. 11th Street
San Jose, CA 95112
Phone: (415) 240-7188

Plaintiff, In Pro Se

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

*E-FILED - 5/7/09*

Attorneys for Defendants CITY OF SAN JOSE, ROBERT DAVIS, STEPHEN DONOHUE, TONY RUELAS, DANIEL GUERRA

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case Number: C-06-06307 RMW HRL<br><br>STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND ALLOWING ADDITIONAL BRIEFING ON REMAINING CLAIMS |

    This Stipulation is entered into by and between Plaintiff "John Doe" appearing *pro se*, and Defendants, City of San Jose, Robert Davis, Stephen Donohue, Tony Ruelas and Daniel Guerra, represented by Michael J. Dodson of the Office of the San Jose City Attorney.

- 1 -

1     The parties have reviewed the Court's Order Granting, in part, Defendants' Motion
2 for Summary Judgment which was filed on April 14, 2009. In compliance with paragraph 7
3 of the Court's Order, the parties met and conferred and have agreed that the trial date of
4 this matter, currently scheduled for May 11, 2009 at 1:30 p.m., be vacated in order to allow
5 briefing on the additional issues upon which the Court denied Defendants' Summary
6 Judgment Motion, without prejudice.

7     Therefore, the parties request that the Court enter an Order that the May 11, 2009
8 Trial date, and the May 7, 2009 Pretrial Conference, be vacated. The parties request a
9 trial date in early August, 2009.

10     In addition, should the Court adopt this Stipulation of the parties, and allow
11 additional briefing, the parties request that the Court enter an Order requiring Defendants
12 to file a renewed Motion for Summary Judgment on the remaining issues in this case no
13 later than thirty (30) days following the date of the Court's Order hereon.

Respectfully submitted,

Dated: May 1, 2009

By: _____
PLAINTIFF, In *Pro Se*

Dated: May 1, 2009

RICHARD DOYLE, City Attorney

By: _____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorney for Defendants CITY OF SAN JOSE, ROBERT DAVIS, STEPHEN DONOHUE, TONY RUELAS, DANIEL GUERRA

26 / / / / /
27 / / / / /
28 / / / / /

## ORDER

The Court, having considered the Stipulation of the parties, and good cause appearing therefore, **HEREBY ORDERS**:

1. That the May 11, 2009 Trial date of this matter and the May 7, 2009 Pretrial Conference be vacated;

2. That should the Trial of this matter be necessary following additional briefing by the parties, the Trial date is continued to  8/3/09 @ 1:30 PM ; and

3. Defendants are ordered to file a renewed Motion for Summary Judgment on the remaining claims in this matter for which the Court denied their earlier Motion for Summary Judgment without prejudice no later than thirty (30) days from the date of entry of this Order. Pretrial Conference set for 7/30/09 @ 2:00 PM.

Dated: 5/7/09

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge