E-Filed on 7/28/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELINE WATTS, et a.l, | No. C-09-02719 RMW |
| Plaintiffs, | |
| v. | JUDGMENT |
| SAN MATEO COUNTY COUNSEL AGENCY, et al., | |
| Defendants. | |

Pursuant to the court's order dated July 24, 2009, the complaint was dismissed without prejudice. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs take nothing by way of their complaint.

DATED:     7/24/09

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-02719 RMW
TER

**Notice of this document has been mailed to:**

**Plaintiffs (Pro Se):**

Jacqueline Watts

Post Office Box 213
Palo Alto, CA 94302

Inez Thompson

Post Office Box 213
Palo Alto, CA 94302

**Counsel for Defendants:**

No appearance

**Dated:**   7/28/09

TER
**Chambers of Judge Whyte**

JUDGMENT—No. C-09-02719 RMW
TER                                              2