**E-FILED on**   7/29/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, | No. C-06-06307 RMW |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF SAN JOSE, *et al*. | |
| Defendants. | |

On April 14, 2009 and July 27, 2009, the court granted summary judgment in favor of defendants City of San Jose, Chief Robert Davis, Officer Stephen Donohue, Officer Tony Ruelas and Officer Daniel Guerra on all of plaintiff's asserted claims. The claims against the other named defendants were dismissed by stipulation and order dated February 6, 2008. Therefore,

IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants City of San Jose, Chief Robert Davis, Officer Stephen Donohue, Officer Tony Ruelas and Officer Daniel Guerra.

DATED:   7/28/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT – Case No. C-06-06307 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

Clifford S. Greenberg      cao.main@sanjoseca.gov

Michael J. Dodson       cao.main@sanjoseca.gov

Nkia Desiree Richardson    cao.main@sanjoseca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Notice of this document has been mailed to:**

**Plaintiff:**

Larry Lundy
1071 Culloden Court
San Jose, CA 95121

and

Larry Lundy
Mother Olson's Inn
202 S. 11th Street
San Jose, CA 95112

**Dated:**   7/29/09                                  TER
                                                                        **Chambers of Judge Whyte**

United States District Court
For the Northern District of California